# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WILLIAM B CLARK
        Plaintiff(s)

v.          **Civil Action No.**    2:14cv160

MATTHEW DJUKIC, Town of Schererville Police Officer (termed 6/5/18);
DAMIAN MURKS, Town of Schererville Police Officer (termed 9/25/17);
FRANCISCAN ALLIANCE INC, d/b/a St Margaret Mercy Hospital; and
TOWN OF SCHEREVILLE INDIANA (termed 9/25/17)

        Defendant(s)

---

FRANCISCAN ALLIANCE INC (termed 3/31/17)
        Counter Claimant

v.

WILLIAM B CLARK (termed 3/31/17)
        Counter Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: the court finds no reason to rebut the presumption of relinquishment of jurisdiction. Accordingly, Defendant Franciscan Alliance Inc d/b/a St Margaret Mercy Hospital, is DISMISSED. The Court DECLINES to exercise supplemental jurisdic tion and the remaining claims are DISMISSED for lack of jurisdiction.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge <u>James T. Moody on motion to dismiss</u>

DATE: <u>7/31/18</u>    ROBERT TRGOVICH, CLERK OF COURT

by <u>  s/Monica Clawson  </u>
*Signature of Clerk or Deputy Clerk*